# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| YASSER J. NEMA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-17-01525 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*, | § § § § | |
| Defendants. | | |

## ORDER

The defendants' unopposed motion for extension of their deadline to respond to the complaint and to continue the initial conference in this case, (Docket Entry No. 13), is granted. The defendants must respond to the complaint by July 3, 2017. The parties must appear for an initial conference on **September 6, 2017, at 9:00 a.m.**

SIGNED on June 13, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge